IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE STATE OF MICHIGAN, ex rel. MAHMOUD EL-YASSIR, M.D., | CASE NO. 19-CV-11436 |
| | HON. DAVID M. LAWSON |
| Plaintiffs-Relators, | Mag. Judge R. Steven Whalen |
| | UNDER SEAL |
| vs. | |
| NOSSONAL KLEINFELDT, M.D. COBURN KLEINFELDT EYE CLINIC PLLC d/b/a MICHIGAN OPHTHALMOLOGY CONSULTANTS d/b/a OPHTHALMIC SPECIALISTS OF MICHIGAN; RIDGEMONT PARTNERS MANAGEMENT LLC; RIDGEMONT EQUITY PARTNERS II LP; RIDGEMENT EQUITY MANAGEMENT II LP; RIDGEMONT EQUITY MANAGEMENT II LLC; And JOHN AND JANE DOES 1 – 100, | |
| Jointly and Severally, | |
| Defendants. | |
| _____/ | |

**THE UNITED STATES' AND THE STATE
OF MICHIGAN'S JOINT NOTICE OF
<u>ELECTION TO DECLINE INTERVENTION</u>**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the

Michigan Medicaid False Claim Act, M.C.L. 400.610a(3)(b), the United States of

1

America ("United States") and the State of Michigan (hereinafter collectively "the Governments") hereby notify the Court of their respective decisions not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. §§ 3730(b)(1) and 3730(c)(3), which allow the relator to maintain the action in the name of the United States with the added requirement that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Additionally, M.C.L. 400.610a(1) permits the relator to maintain this action in the name of the State of Michigan; providing, however, that this action may be dismissed only if the Attorney General for the State of Michigan is notified and given the opportunity to oppose the dismissal.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States. The United States also requests that orders issued by the Court be sent to the United States' counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of

the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Likewise, the Attorney General for the State of Michigan, pursuant to M.C.L. 400.610a(6), requests that the Michigan Department of Attorney General be served with copies of all pleadings and court orders filed in this action. The Michigan Attorney General also requests that the Michigan Department of Attorney General be served with all notices of appeal.

Finally, the Governments request that the relator's Complaint (ECF No. 1), this Notice, and the accompanying proposed Order be unsealed. The Governments request that all other papers on file in this action remain under seal because in discussing the content and extent of their investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended. A proposed order accompanies this notice.

        Respectfully submitted,

        DAWN N. ISON
        United States Attorney

        */s/ Carolyn Bell Harbin*
        CAROLYN BELL HARBIN
        (P27350)
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001

        Detroit, Michigan 48226
        (313) 226-9114
        Carolyn.Bell-Harbin@usdoj.gov

        DANA NESSEL
        Michigan Attorney General


        /s/ *Brendan Maturen* (by consent)
        MI Dept of Attorney General
        Health Care Fraud Division
        P.O. Box 30218
        Lansing, MI 48909
        MaturenB1@michigan.gov

Dated: September 14, 2023

## Certification of Service

It is hereby certified that on September 14, 2023, I have served relator's counsel with copies of this Joint Notice of Election to Decline Intervention and the proposed order by electronic mail, addressed as follows:

    David L Haron, Esq.
    HOYER LAW GROUP, PLLC
    dharon@hoyerlawgroup.com

    David L. Scher
    HOYER LAW GROUP, PLLC
    dave@hoyerlawgroup.com


        /s/ Michelle Said Land
        MICHELLE SAID LAND
        Senior Legal Assistant
        United States Attorney's Office