# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF MICHIGAN *ex rel.* MAHMOUD EL-YASSIR, M.D.<br><br>Plaintiff/Relator,<br><br>v.<br><br>NOSSONAL KLEINFELDT, M.D., et al.<br><br>Defendants. | Case No. 2:19-cv-11436-DML-RSW<br><br>Judge David M. Lawson |

### PLAINTIFF/RELATOR'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff/Relator Mahmoud El-Yassir, M.D. ("Relator"), by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal Without Prejudice as to his claims in the above styled action.

Counsel for Relator has conferred with counsel for the United States and State of Michigan and can represent that, pursuant to 31 U.S.C. § 3730(b)(1) and M.C.L. § 400.610a(1), the United States and State of Michigan consent to the proposed dismissal of Relator's action, provided that it is without prejudice to the United States and the State of Michigan.

                                                Respectfully submitted,

Dated: October 26, 2023.                  **HOYER LAW GROUP, PLLC**

                                                */s/ David L. Scher*

                                                David L. Haron (P14655)
                                                30300 Northwestern Highway
                                                Suite 115
                                                Farmington Hills, MI 48334
                                                (248) 539-7420
                                                dharon@hoyerlawgroup.com

                                                David L. Scher (admitted EDMI)
                                                1300 I Street N.W.
                                                Suite 400E
                                                Washington, D.C. 20005
                                                (202) 975-4944
                                                dave@hoyerlawgroup.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY, that I filed a true and accurate copy of the Notice of Voluntary Dismissal via CM/ECF, which triggered electronic service on all parties of record.

                                                **HOYER LAW GROUP, PLLC**

                                                */s/ David L. Scher*